WR-83,626-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/23/2015 10:33:33 AM
Accepted 7/23/2015 10:39:21 AM
ABEL ACOSTA
CLERK

**SCHAFFER LAW OFFICES**

NOT A PARTNERSHIP

1301 McKINNEY, SUITE 3100

HOUSTON, TEXAS 77010

Randy Schaffer, P.C.
  *noguilt@swbell.net*
Josh Schaffer, P.L.L.C.
  *josh@joshschafferlaw.com*
Joel Hayter
  *joelhayterlaw@gmail.com*

(713) 951-9555
FAX: (713) 951-9854
www.schafferfirm.com

RECEIVED
COURT OF CRIMINAL APPEALS
7/23/2015
ABEL ACOSTA, CLERK

July 21, 2015

Robyn Flowers                                         **Via FedEx**
Walker County District Clerk
1100 University Ave., Room 209
Huntsville, Texas 77340

Re:     Ex parte Jarvis Dwayne Tyson
        Cause Number 25,638-A
        12th District Court

Dear Ms. Flowers:

Enclosed please find for filing Applicant's Objections To The Trial Court's Findings Of Fact And Conclusions Of Law. Please transmit a supplemental record containing this document to the Court of Criminal Appeals immediately.

Please send me a file-marked copy of this letter to reflect the date on which this document was filed and a copy of the index of the supplemental record.

Thank you for your assistance. Please contact me if you have any questions.

Sincerely,

Joel Hayter

JH/tm
Enclosures

cc:     David Weeks (w/ enclosure)
        Abel Acosta, Clerk of the Court of Criminal Appeals (via eFile; w/ enclosure)